UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT
SEATTLE

| | |
|---|---|
| HOWARD JAMES,<br><br>Plaintiff(s),<br><br>v.<br><br>ARROW INTERNATIONAL INC et al.,<br><br>Defendant(s). | CASE NO. 2:26-cv-02136-KKE<br><br>SCHEDULING ORDER |

This matter comes before the Court on the parties' joint status report. Dkt. No. 16. The Court held a scheduling conference on August 26 2026. Dkt. No. 18 Having reviewed the joint status report and the parties' presentations at the conference, the Court declines to order that discovery be phased by subject at this time and declines, at this time, to increase the number of interrogatories permitted under the Federal Rules of Civil Procedure. The Court will, however, enter a case schedule only up through Plaintiff's anticipated motion for class certification. Accordingly, the Court ORDERS that the following case schedule be entered in this case:

| EVENT | DEADLINE |
|---|---|
| Deadline to join additional parties and amend the pleadings | September 23, 2026 |
| Completion of discovery | July 9, 2027 |
| Plaintiff's motion for class certification | August 6, 2027 |
| Defendant's opposition to class certification | September 17, 2027 |

| | |
|---|---|
| Plaintiff's reply in support of class certification | October 15, 2027 |

Upon resolution of the Plaintiff's class certification motion, the Court will revisit entering the remainder of the case schedule, including a dispositive motions deadline and trial date and, if requested by the parties, potentially an additional period of discovery.

Dated this 26th day of August, 2026.

Kymberly K. Evanson
United States District Judge